IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRAD RATKOVICH,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL MANAGEMENT SYSTEMS,<br><br>Defendant. | NO. 4:12-cv-00337 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Brad Ratkovich, and defendant, FMS Investment Corp., dba Financial Management Systems, by and through their undersigned counsel, in the above-titled action and stipulate to the dismissal of this action as to all parties, with prejudice, and with no award of costs to any party.

Dated this 24th day of August 2012.

/s/ __Harley C. Erbe
 HarleyC Erbe
ERBE LAW FIRM
2501 GRAND AVENUE
DES MOINES, IA 50312
515 281-1460
Fax: 515 281-1474
Email: erbelawfirm@aol.com
Attorney for Plaintiff
Brad Ratkovich

/s/ Michael D. Slodov
Michael D. Slodov, Esq.
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

Kristina M. Stanger
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100

          Facsimile: 515-283-8045
          Email: kmstanger@nyemaster.com

          Attorneys for Defendant,
          FMS Investment Corp., dba Financial
          Management Systems

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Harley C. Erbe, Esq.
Erbe Law Firm
2501 Grand Avenue
Des Moines, IA 50312
Facsimile: (515) 281-1474
ATTORNEYS FOR PLAINTIFF

Michael D. Slodov, Esq.
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz
Attorneys for Defendant,
FMS Investment Corp., dba Financial Management Systems

Kristina M. Stanger
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: kmstanger@nyemaster.com
Attorneys for Defendant,
FMS Investment Corp., dba Financial Management Systems

          /s/__Harley C. Erbe